## Genevieve Green, Appellant, v. Eugene L. Drew, Appellee.

### Gen. No. 42,996.

opinion filed October 23, 1944; rehearing denied November 6, 1944; released for publication November 6, 1944. Joseph A. Ricker, for appellant; Sears, O'Brien & Street, for appellee; Barnabas F. Sears, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.